### Miles Wlodek, Plaintiff-Appellee, v. Andrew Sedlacek, Defendant-Appellant.

Gen. No. 48,352.

First District, First Division.

May 8, 1961.

James O. Basta, for appellant; Miles Wlodek, appellee and attorney pro se. Opinion by JUSTICE KILEY. Not to be published in full.